IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ELMER JOSE MEJIA GUARDADO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:25CV367 |
| | ) |
| SERGANT BLU, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On July 7, 2025, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Plaintiff filed an objection on October 30, 2025. (Doc. 6.) Although the objection appears untimely, the court considers it nevertheless.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited.

/s/   Thomas D. Schroeder
United States District Judge

November 10, 2025